THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL PALMER, Appellant, v. WILLIAM E. SNYDER, Acting Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Appeal from an order of the Clinton County Court which dismissed a writ of habeas corpus obtained by the relator. He was convicted in Westchester County Court on April 13, 1931, of the crime of robbery, first degree, and sentenced to be confined in the Elmira State Reformatory to be dealt with according to law. He has been twice paroled and has twice violated his parole. On March 27, 1939, the Commissioner of Correction of the State under section 293 of the Correction Law transferred relator to Clinton Prison. The relator, on this appeal, raises the constitutionality of section 293. The order should be affirmed. Order unanimously affirmed. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of HAROLD BUNKER, Petitioner, for an Order of Review of a Final Determination Made by MARK GRAVES and Others, as and Constituting the State Tax Commission, Respondents.— Petitioner was an employee of the county of Nassau. Since 1923 he has been a member of the State Employees' Retirement System. There was deducted in 1936 from his salary $237.24 and in 1937 the sum of $237.36, both of which sums were transmitted to the retirement system. Petitioner filed his 1936 and 1937 income tax returns and did not report the amounts deducted for retirement. Assessments of tax were made with respect to the said deductions for each of the years 1936 and 1937. Petitioner by this proceeding is reviewing said assessments. Income derived from salaries, wages or compensation for personal services is included in gross income for income tax purposes. (Tax Law, § 359.) No deduction for contributions to a pension fund or retirement system is authorized. (Tax Law, § 360.) In accordance with statutory provisions, petitioner, as a part of his application for membership, executed a declaration stating that he consented to and authorized such deductions and agreed that payment of the balance of his salary less the authorized deduction should be received by him as full payment. Determination of State Tax Commission unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.